

Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street | New York, NY 10019-6131 | tel 212.858.1000 | fax 212.858.1500

Robert L. Sills
tel: +1.212.858.1114
robert.sills@pillsburylaw.com

December 7, 2021

> This request is granted. The conference scheduled for December 17, 2021 at 11:00 a.m. is adjourned to December 17, 2021 at 2:30 p.m. At the scheduled time, counsel for all parties shall call 866-434-5269, access code 9176261.
>
> SO ORDERED.
> Date: December 8, 2021
> New York, New York
>
> _____
> JOHN P. CRONAN
> United States District Judge

**BY ECF AND EMAIL**

Hon. John P. Cronan
United States District Judge for
   the Southern District of New York
United States Courthouse
500 Pearl Street, Room 1320
New York, NY 10007
CronanNYSDChambers@nysd.uscourts.gov

Re:   *Citigroup Inc. v. Seade*, No. 1:21-cv-10413-JPC

Dear Judge Cronan:

On behalf of Petitioner Citigroup Inc. ("Citigroup"), I write to request that your Honor adjourn the teleconference scheduled for December 17, 2021, at 11:00 a.m. in the above-entitled matter, because we have a teleconference scheduled for the same day and time before Judge Marrero in the matter captioned, *The branch of Citibank, N.A. established in the Republic of Argentina v. De Nevares*, No. 1:21-cv-06125-VM. We would be available for a conference at Your Honor's convenience that afternoon or thereafter.

In accordance with Your Honor's Order dated December 7, 2021 [Dkt. 12] (the "Order"), we will serve a copy of the summons, the petition, all moving papers, and the Order on Respondent Luis Sebastián Sayeg Seade no later than December 8, 2021. We respectfully ask that delivery by FedEx to Respondent and to his counsel in the Mexican proceeding described in the moving papers, as requested in the proposed order to show cause [Dkt. 5], be deemed an acceptable method of service for purposes of the Court's Order of December 7, 2021 and pursuant to Rule 4(f) of the Federal Rules of Civil Procedure. We will also serve Respondent's Mexican counsel by email. However, we do not have a current email address for Respondent.

December 7, 2021
Page 2

We are available at the Court's convenience with respect to the foregoing.

Respectfully,

*Robert L. Sills*

Robert L. Sills