```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
CITIGROUP INC.,                                                        :
                                                                       :
                                  Plaintiff,                           :
                                                                       :      21 Civ. 10413 (JPC)
            -v-                                                        :
                                                                       :           ORDER
LUIS SEBASTIAN SAYEG SEADE,                                            :
                                                                       :
                                  Defendant.                           :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On December 17, 2021, the Court entered a Temporary Restraining Order against Respondent Luis Sebastián Sayeg Seade and ordered Sayeg to appear for a teleconference on December 22, 2021, at 10:00 a.m. to show cause why a Preliminary Injunction should not be entered against him.  *See* Dkt. 20.  Sayeg failed to appear for the Preliminary Injunction hearing.

For the reasons stated on the record, the Court, under Federal Rule of Civil Procedure 65(a), enters a Preliminary Injunction enjoining and restraining Sayeg, together with his officers, agents, servants, employees, and attorneys, and all other persons who are in active concert or participation with Sayeg or any of his officers, agents, servants, employees, or attorneys, from commencing or prosecuting any action or proceeding, in Mexico or elsewhere, arising out of or related to Citigroup's Discretionary Incentive and Retention Award Plan, as amended and restated effective as of January 1, 2015 and Citigroup's Capital Accumulation Program and Deferred Cash Award Plan each awarded to Sayeg on February 14, 2019 and February 15, 2018 (collectively, the "Plans") other than in the arbitration now pending in New York entitled *Citigroup Inc. v. Luis Sebastián Sayeg Seade*, AAA Case No. 01-21-0017-7441.  As such, Sayeg is directed to immediately cease the prosecution of any such proceeding in Mexico or elsewhere.  The preliminary injunction shall

continue until the conclusion of the above arbitration, or until this Court decides the petition to compel arbitration, whichever is earlier.

Sayeg shall also file any opposition to the petition to compel arbitration, *see* Dkt. 10, by January 5, 2022. If the Court does not receive any opposition by January 5, the petition to compel arbitration will be considered unopposed. Any reply brief is due by January 12, 2022.

Citigroup shall immediately serve a copy of this Order on Sayeg, with proof of service filed on the docket no later than December 23, 2021.

SO ORDERED.

Dated: December 22, 2021
      New York, New York

                                      JOHN P. CRONAN
                                      United States District Judge