```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
CITIGROUP INC.,                                                        :
                                                                       :
                          Plaintiff,                                   :
                                                                       :    21 Civ. 10413 (JPC)
              -v-                                                      :
                                                                       :    AMENDED PRELIMINARY
LUIS SEBASTIAN SAYEG SEADE,                                            :    INJUNCTION ORDER
                                                                       :
                          Defendant.                                   :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On December 22, 2021, following a show cause hearing, the Court entered a Preliminary Injunction. Dkt. 22. Earlier today, the Court issued an Opinion and Order, which granted the petition of Plaintiff Citigroup Inc. "Citigroup") to compel arbitration against Respondent Luis Sebastian Sayeg Seade ("Sayeg"), and further continued and expanded the preliminary injunction. For purposes of clarity, the Court herein sets forth the terms of the preliminary injunction.

Pending the completion of the arbitration now pending before the American Arbitration Association ("AAA") in New York entitled, *Citigroup Inc. v. Luis Sebastián Sayeg Seade*, AAA Case No. 01-21-0017-7441 (the "Arbitration"), the Court orders as follows:

(a) Until the conclusion of the Arbitration, Sayeg is enjoined and restrained, together with Sayeg's officers, agents, servants, employees, and attorneys, and all other persons who are in active concert or participation with Sayeg or any of his officers, agents, servants, employees, or attorneys, from commencing or prosecuting any action or proceeding, in Mexico or elsewhere, arising out of or related to: Citigroup's Discretionary Incentive and Retention Award Plan, as amended and restated effective as of January 1, 2015 and Citigroup's Capital Accumulation Program and Deferred Cash Award Plan each awarded

to Sayeg on February 14, 2019 and February 15, 2018 (collectively, the "Plans") other than in the Arbitration;

(b)  Sayeg is directed by February 3, 2022, to dismiss without prejudice claims arising out of or related to the applicability or not applicability of benefits under the Plans in the proceeding captioned as *Luis Sebastián Sayeg Seade v. Banco Nacional de México, S.A., Integrante del Grupo Financiero Banamex*, Expediente Número: 1197/2020; and

(c)  Sayeg is compelled to arbitrate any dispute between the parties arising out of or related to the applicability or not applicability of benefits under the Plans in the Arbitration. Citigroup shall immediately serve a copy of this Order on Sayeg, with proof of service filed on the docket no later than January 21, 2022.

SO ORDERED.

Dated: January 20, 2022  
New York, New York

JOHN P. CRONAN  
United States District Judge