UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                           :

CITIGROUP INC.,                            :

                  Petitioner,       :

                              :             21 Civ. 10413 (JPC)

        -v-                     :

                              :                ORDER

LUIS SEBASTIAN SAYEG SEADE,      :

                              :

                  Respondent.     :

                              :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On April 21, 2022, Citigroup Inc. moved for further contempt sanctions against Respondent Luis Sebastian Sayeg Saede.  *See* Dkts. 58, 59.  The Court ordered Mr. Sayeg to file any opposition to the motion for further contempt sanctions by April 28, 2022, with any reply due by May 2, 2022.  *See* Dkt. 56.  To date, Mr. Sayeg has not opposed the motion for further contempt sanctions.  But Citigroup has also not filed proof of service of the motion for further contempt sanctions on the docket.

Federal Rule of Civil Procedure 5 and Local Rule of Civil Procedure 83.6 both require service of the motion on Mr. Sayeg, who has never appeared in this action.  *See* Fed. R. Civ. P. 5(a)(1)(D) (stating that "a written motion" "must be served on every party"); Local Civ. R. 83.6(a) (requiring that when a person has not appeared in an action, a motion for civil contempt against that party requires "service . . . be made personally, together with a copy of this Local Civil Rule 83.6, in the manner provided for by the Federal Rules of Civil Procedure for the service of a summons").  If Citigroup has not served its motion for further contempt sanctions and the accompanying papers on Mr. Sayeg, then Citigroup shall do so immediately and file proof of

service on the docket by May 18, 2022.  If Citigroup has already served Mr. Sayeg, then Citigroup

shall file proof of that service on the docket by May 18, 2022.

      SO ORDERED.

Dated: May 17, 2022
     New York, New York

                                            JOHN P. CRONAN
                                United States District Judge