```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
CITIGROUP INC.,                                                        :
                                                                       :
                                   Petitioner,                         :
                                                                       :       21 Civ. 10413 (JPC)
                     -v-                                               :
                                                                       :              ORDER
LUIS SEBASTIAN SAYEG SEADE,                                            :
                                                                       :
                                   Respondent.                         :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On June 6, 2022, Petitioner Citigroup Inc. ("Citigroup") filed a letter and declaration, Dkts. 66, 67, seeking and documenting attorneys' fees and costs incurred in litigating an April 21, 2022 Motion for Contempt Sanctions, Dkt. 58, resulting in a May 23, 2022 contempt order, Dkt. 64, and in defending against certain enjoined claims pending in an action which Respondent Luis Sebastian Sayeg Seade brought in Mexico (the "Mexican Action").

Citigroup is hereby ordered to provide additional briefing on the following topics: 1) whether the "forum rule," *see Bergerson v. N. Y. State Off. of Mental Health, Cent. N. Y. Psychiatric Ctr.*, 652 F.3d 277, 290 (2d Cir. 2011), should apply to fees sought in connection with the Mexican Action; 2) whether all of the documented fees in the Mexican Action pertain specifically to defending against the enjoined claims and not any other claims; 3) the qualifications and credentials of the attorneys defending the Mexican Action; 4) whether the rates charged in defending against the enjoined claims in the Mexican Action are reasonable in that forum and in this District; and 5) any other information that would help the Court assess the reasonableness of the fees incurred in the Mexican Action.

Citigroup shall submit this additional briefing by November 18, 2022.  Respondent may file

a response by November 30, 2022.  Citigroup shall immediately serve a copy of this Order on Respondent with proof of service filed on the docket no later than October 31, 2022.

SO ORDERED.

Dated: October 26, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Judge