UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------- X
: No. 21 Civ. 10413 (JPC)
**CITIGROUP INC.**, :
:
Petitioner, :
:
-against- : **PRELIMINARY INJUNCTION ORDER**
:
**LUIS SEBASTIÁN SAYEG SEADE,** :
:
Respondent. :
:
---------------------------------------------------- X

On January 20, 2022, following the issuance of a Preliminary Injunction, Dkt. 22, and an Opinion and Order, which granted the petition of Petitioner Citigroup Inc. ("Citigroup") to compel arbitration against Respondent Luis Sebastian Sayeg Seade ("Sayeg"), and further continued and expanded the Preliminary Injunction, Dkt. 33, the Court issued an Amended Preliminary Injunction pending the completion of the arbitration then pending before the American Arbitration Association ("AAA") in New York entitled, *Citigroup Inc. v. Luis Sebastián Sayeg Seade*, AAA Case No. 01-21-0017-7441 (the "Arbitration"), which continued "[u]ntil the conclusion of the Arbitration." Dkt. 34.

On February 16, 2023, following the issuance of the Final Award in the Arbitration, issued on January 25, 2023 by Jack Levin, Esq., in favor of Citigroup and against Sayeg (the "Final Award"), Citigroup moved for an order confirming the Final Award as an Order and Judgment of this Court (the "Motion to Confirm"). Dkts. 77-79. Despite due service of the Motion to Confirm, Sayeg did not submit any opposition or otherwise appear. *See* Dkt. 80.

On March 17, 2023, Citigroup moved by Order to Show Cause for a Preliminary Injunction against Sayeg until the Court issues a decision on Citigroup's Motion to Confirm (the "Proposed Order to Show Cause"). Dkts. 83-86. Despite due service of the Proposed Order to Show Cause

and the Order to Show Cause entered by the Court on March 17, 2023, Dkt. 88, Sayeg did not submit any opposition or otherwise appear.  *See* Dkts. 87, 89.

Pending a decision by this Court on Citigroup's Motion to Confirm, the Court orders as follows:

(a) Sayeg is enjoined and restrained, together with his officers, agents, servants, employees, and attorneys (in Mexico or elsewhere) and all other persons who are in active concert or participation with Sayeg or any of his officers, agents, servants, employees, or attorneys, from commencing or prosecuting any action or proceeding, in Mexico or elsewhere, against Citigroup or any of its subsidiaries or affiliates, arising out of or related to the Citigroup Inc. Capital Accumulation Program/Deferred Cash Award Plan Award Agreements entered into on or about February 14, 2019, February 15, 2018, February 16, 2017, February 16, 2016, February 16, 2015, February 18, 2014, February 19, 2013, and January 17, 2012 (collectively, the "Award Agreements") pursuant to the Citi Discretionary Incentive and Retention Award Plan, as amended and restated effective as of January 1, 2015 (the "2015 DIRAP,") and the Citi Discretionary Incentive and Retention Award Plan, as amended and restated effective as of January 1, 2012 (the "2012 DIRAP", and together with the 2015 DIRAP and the Award Agreements, the "Plans") other than in arbitration before the AAA;

(b) Sayeg is further enjoined and restrained, together with his officers, agents, servants, employees, and attorneys (in Mexico or elsewhere) and all other persons who are in active concert or participation with Sayeg or any of his officers, agents, servants, employees, or attorneys, from commencing or participating in any class or collective action or putative class or collective action arising out of or related to the Plans; and

(c) Sayeg is directed to immediately cease the prosecution of and dismiss all proceedings within the scope of sub-paragraphs (a) and (b) of this paragraph.

Citigroup shall immediately serve a copy of this Order on Sayeg, with proof of service filed on the docket no later than March 27, 2023.

SO ORDERED at 4:00 p.m. on March 24, 2023, in New York, New York.

HON. JOHN P. CRONAN
United States District Judge