UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CITIGROUP INC.,

                Petitioner,                        21 **CIVIL** 10413 (JPC)

      -against-                             **JUDGMENT**

LUIS SEBASTIAN SAYEG SEADE,

                Respondent.
-----------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 26, 2023, the Court has granted the motion to confirm the Final Award in its entirety. Judgment is entered confirming the Final Award as a judgment of this court; accordingly, the case is closed.

**Dated**: New York, New York
          June 27, 2023

                                                                       **RUBY J. KRAJICK**

                                                                     _____
                                                                        **Clerk of Court**

                                            **BY:**      *K. Mango*

                                                                       _____
                                                                        **Deputy Clerk**