UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                    :

CITIGROUP INC.,                        :

                Petitioner,        :

                                      :         21 Civ. 10413 (JPC)

        -v-                          :

                                        :               ORDER

LUIS SEBASTIAN SAYEG SEADE,          :

                                        :

                Respondent.       :

                                        :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Counsel for Respondent Luis Sebastián Sayeg Seade filed a notice of appearance on June 24, 2026. Dkt. 113. On January 13, 2026, the Court ordered briefing on Petitioner's motion to hold Respondent in civil contempt and for an order of civil confinement and ordered Respondent to file a brief in opposition by February 24, 2026. Minute Entry, Jan. 13, 2026. The docket does not reflect that Respondent has filed an opposition brief.

      By July 7, 2026, Respondent's counsel shall advise whether Respondent seeks leave to file a late opposition to Petitioner's motion. Failure to respond to this Order will be construed as Respondent's non-opposition to the motion.

      SO ORDERED.

Dated: June 30, 2026
       New York, New York                             JOHN P. CRONAN
                                            United States District Judge