pillsbury

Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street | New York, NY 10019-6131 | tel 212.858.1000 | fax 212.858.1500

Robert L. Sills
tel: +1.212.858.1114
robert.sills@pillsburylaw.com

August 3, 2026

**BY ECF AND EMAIL**

Hon. John P. Cronan
United States District Judge for
the Southern District of New York
United States Courthouse
500 Pearl Street, Courtroom 12D
New York, NY 10007
CronanNYSDChambers@nysd.uscourts.gov

In light of Petitioner's request to withdraw its motion for civil contempt and for an order of civil confinement, the Court denies that motion without prejudice. *See* Dkts. 100-102. The Court will separately consider Respondent's motion to vacate or reduce the contempt sanctions that the Court previously imposed. *See* Dkts. 121-123. The Clerk of Court is respectfully directed to close Docket Number 100.

SO ORDERED.
August 4, 2026
New York, New York

JOHN P. CRONAN
United States District Judge

Re: *Citigroup Inc. v. Seade*, No. 1:21-cv-10413-JPC

Dear Judge Cronan:

On behalf of Petitioner Citigroup Inc. ("Citigroup"), I write in response to Your Honor's Order dated July 28, 2026 (ECF No. 120).

Citigroup respectfully i) withdraws its pending motion to hold Respondent Luis Sebastian Sayeg Seade in civil contempt and to obtain an order of civil confinement (ECF Nos. 100-102, collectively, the "Contempt Motion"), ii) confirms that Mr. Sayeg's obligation to pay Citigroup a total of $63,731.99 in attorneys' fees and costs (ECF Nos. 50, 73, collectively, the "Fee Awards") has been settled and resolved, and iii) joins in the relief requested by Mr. Sayeg's motion (ECF Nos. 121-23) seeking remission of the contempt fines owed to the United States, totaling $750,000, imposed by Your Honor to coerce Mr. Sayeg into compliance with the Court's previous injunctive orders (ECF Nos. 47, 64, collectively, the "Contempt Fines").

In accordance with executed settlement agreements resolving the parties' disputes in both the United States and Mexico (the "Settlement Agreements"), Mr. Sayeg has withdrawn, with prejudice, the Mexican proceedings enjoined by Your Honor, and has also delivered releases of his claims and covenants not to sue with respect to those released claims. In accordance with the terms of the Settlement Agreements, Citigroup hereby withdraws the Contempt Motion. As part of those Settlement Agreements, the parties have resolved the Fee Awards, and Mr. Sayeg does not owe Citigroup any amount with respect to those awards. Accordingly, Citigroup respectfully requests that Your Honor accept this letter as a formal withdrawal of the Contempt Motion.

As noted above, Mr. Sayeg filed a motion seeking remission of the Contempt Fines owed to the United States. The Contempt Fines were imposed in order to coerce Mr. Sayeg into compliance with the Court's orders enjoining his Mexican litigation and directing him to dismiss those actions. Therefore, from Citigroup's perspective, the Contempt Fines, although never paid, have

had their intended effect, and Citigroup, by way of the Settlement Agreements, has received the substantive relief that it sought and which Your Honor granted. Pursuant to the terms of the Settlement Agreements, Citigroup hereby joins in Mr. Sayeg's motion solely with respect to the request to remit the Contempt Fines. For good order's sake, we note that Mr. Sayeg's motion was submitted solely on his behalf, and not on behalf of Citigroup.

We are available at the Court's convenience with respect to the foregoing, including any further submissions requested by Your Honor.

Respectfully,

Robert L. Sills