UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CITIGROUP INC., Petitioner, -v- LUIS SEBASTIAN SAYEG SEADE, Respondent. | : | 21 Civ. 10413 (JPC) ORDER |

JOHN P. CRONAN, United States District Judge:

On August 3, 2026, Respondent moved to vacate two Orders holding him in civil contempt and to remit the $750,000 in coercive sanctions that accrued under those Orders. Dkt. 121. Petitioner filed a letter joining Respondent's motion to the extent it seeks remission of the coercive sanctions. Dkt. 124. Neither party, however, addressed the compensatory sanctions for attorneys' fees and costs imposed by the two Contempt Orders. *See* Dkt. 47 ("First Contempt Order") at 7-8; Dkt. 64 ("Second Contempt Order") at 7-8. Accordingly, by November 30, 2026, Respondent shall file a letter clarifying whether he also seeks vacatur or remission of the compensatory sanctions imposed by those Orders. By December 7, 2026, Petitioner shall file a letter setting forth its position on whether those compensatory sanctions should be vacated or remitted.

SO ORDERED.

Dated: November 19, 2026
New York, New York

JOHN P. CRONAN
United States District Judge